1

2

3

4

5

6

7

8

9                **UNITED STATES DISTRICT COURT**

10              **SOUTHERN DISTRICT OF CALIFORNIA**

11

12 ROBERT CURTIS BASS, INC.              CASE NO. 08CV2135 MMA (NLS)

13                         Plaintiff,       **ORDER GRANTING PLAINTIFF'S REQUEST TO SUBSTITUTE**

14       vs.                         **ROBERT CURTIS BASS, INC. AS PLAINTIFF IN THIS ACTION**

15 COUNTY OF SAN DIEGO, et al.,

16                    Defendants.    [Doc. No. 55]

17      On February 9, 2009, Plaintiff Robert Curtis Bass filed a Motion to Amend his First

18 Amended Complaint ("FAC"). [Doc. No. 55]. In the motion, Plaintiff seeks to amend the

19 complaint for the sole purpose of having the Court and Defendants acknowledge that the above-

20 entitled action was "initially filed with the Court on behalf of the Plaintiff as a corporate party and

21 its' [sic] legal representative was and is authorized to act as the Attorney in Fact and *Pro Querente*

22 (For the Plaintiff)." *Mot. to Amend* at 1:26–27. Plaintiff asserts that,

23     The Court erred when it issued its [sic] order denying the Plaintiff's legal representative, Robert C Bass to act as the authorized and assigned 'Attorney in Fact' on behalf of the

24     Plaintiff ROBERT CURTIS BASS, along with entering the Plaintiff's legal status as *Pro Se* in error and inadvertently issuing all judgments and previous orders under the

25     presumption that Plaintiff's legal representative was also bringing the civil action in his own person and subsequently assuming that the Plaintiff and the Plaintiff's legal

26     representative was allegedly practicing law without a license.

27 *Id.* at 1:28–2:4. On February 10, 2009, the Court issued an Order that Plaintiff file the proposed

28 Second Amended Complaint as an exhibit to the motion, reflecting the change in caption heading

1  to "Robert Curtis Bass, Inc.". [Doc. No. 58]. Later that day, Plaintiff objected to the Court's order

2  and refused to attach the proposed amended complaint. [Doc. No. 58]. Having considered the

3  motion, and Plaintiff's assertions that the above-entitled action was filed originally on behalf of

4  Robert Curtis Bass, Inc., a corporation, and not Robert Curtis Bass, an individual, the Court,

5  having found good cause, **GRANTS** Plaintiff's request and **HEREBY ORDERS** the substitution

6  of "Robert Curtis Bass, Inc." as Plaintiff in place of "Robert Curtis Bass. "  The Clerk of the Court

7  shall modify the docket to reflect "Robert Curtis Bass, Inc." in place of "Robert Curtis Bass."

8          **IT IS SO ORDERED**.

9  DATED:  February 20, 2009

10

11                              Hon. Michael M. Anello
                               United States District Judge
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -                                              08CV2135 MMA (NLS)